UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**WILLIAM M. WOODSON,**

       Petitioner,

v.                                   Civil Action No. 2:15-16254

**PATRICK MIRANDY, Warden,**

       Respondent.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Omar J. Aboulhosn, filed on November 3, 2016, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B); and having reviewed the record in this proceeding; and there being no objections filed by any party to the proposed findings and recommendation; and it appearing proper so to do, it is ORDERED that the findings and conclusions made in the proposed findings and recommendation of the magistrate judge be, and they hereby are, adopted by the court.

It is, therefore, ORDERED that the respondent's motion to dismiss the petition as untimely be, and it hereby is, denied.  It is further ORDERED that this matter be, and it hereby is, recommitted to the magistrate judge for further proceedings.

The Clerk is directed to forward copies of this written

opinion and order to plaintiff, all counsel of record and the United States Magistrate Judge.

                                          DATED: December 19, 2016

                                          John T. Copenhaver, Jr.
                                          United States District Judge